## EXHIBIT LIST

Exhibit A-   April 27, 2010 Incentive loan agreement with CFG

Exhibit B-   Security Agreement between Incentive and CDG

Exhibit C-   Security and Participation Agreement between Incentive and CFG

Exhibit D-   April 27, 2010 Incentive guaranty agreement with CEG

Exhibit E-   April 27, 2010 Incentive guaranty agreement with Robert Atwell

Exhibit F-   April 27, 2010 CDG third guaranty agreement with Incentive

Exhibit G-   Escrow Agreement

Exhibit H-   Loan Modification Agreement