VAN COTT, BAGLEY, CORNWALL & McCARTHY
John A. Snow (3025) jsnow@vancott.com
Karen O'Brien (11739) kobrien@vancott.com
36 South State Street, Suite 1900
Salt Lake City, Utah  84111
Telephone: (801) 532-3333
Facsimile: (801) 534-0058

*Attorneys for Defendants Camelot Entertainment
 Group, Inc., Camelot Film Group, Inc., Camelot Distribution
 Group, Inc, Steven Istock, Robert P. Atwell and Jamie R. Thompson*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| INCENTIVE CAPITAL, LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>CAMELOT ENTERTAINMENT GROUP, INC., ET. AL.,<br><br>                    Defendants. | **OBJECTIONS TO PORTIONS OF THE DECLARATION OF JAMES MECHAM RE: APPLICATION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**<br><br>Case No. 2:11-CV-00288<br><br>Judge Clark Waddoups |

Camelot hereby objects to the following paragraphs of the declaration of James Mecham:  PARAGRAPHS 24, 46, 63, 64, 65, 67, 75 AND 76.

Each of these paragraphs are objectionable on the basis that there is no foundation for said statements, contain hearsay and are irrelevant.

411666v.1

DATED this 12th day of May, 2011.

        VAN COTT BAGLEY CORNWALL & McCARTHY


        <u>/s/ John A. Snow</u>
        John A. Snow
        Attorneys for Defendants Camelot Entertainment
         Group, Inc., Camelot Film Group, Inc., Camelot
         Distribution Group, Inc., Steven Istock, Robert
         P. Atwell and Jamie R. Thompson

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of May, 2011, I electronically filed the foregoing **OBJECTIONS TO PORTIONS OF THE DECLARATION OF JAMES MECHAM RE: APPLICATION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** with the Clerk of Court using the CM/ECF system, which sent notification to the following:

Joseph G. Pia
Nathan S. Dorius
PIA ANDERSON DORIUS REYNARD & MOSS
222 South Main Street, Suite 1800
Salt Lake City, Utah  84101
joe.pia@padrm.com
nathan@padrm.com

                                                /s/John A. Snow

4843-6391-0409, v.  1

411666v.1