IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| INCENTIVE CAPITAL LLC, a Utah Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>CAMELOT ENTERTAINMENT GROUP, INC., a Delaware Corporation, *et al.*,<br><br>Defendants. | **ORDER**<br><br><br>Case No. 2:11-cv-288 CW |

    Now before the court is Defendant's motion for a preliminary injunction (Dkt. No. 19) second motion for a temporary restraining order and a preliminary injunction (Dkt. No. 28) and motion to compel presence of witnesses (Dkt. No. 35).  For the reasons set forth on the record of the hearing on this motion held on May 12, 2011, those motions are all DENIED.

    SO ORDERED this 12th day of May, 2011.

BY THE COURT:

_____
Clark Waddoups
United States District Judge