FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH
MAY 13 2011
BY D. MARK JONES, CLERK
_____
DEPUTY CLERK

VAN COTT, BAGLEY, CORNWALL & McCARTHY
John A. Snow (3025) jsnow@vancott.com
Karen O'Brien (11739) kobrien@vancott.com
36 South State Street, Suite 1900
Salt Lake City, Utah 84111
Telephone: (801) 532-3333
Facsimile: (801) 534-0058

*Attorneys for Defendants Camelot Entertainment Group, Inc., Camelot Film Group, Inc., Camelot Distribution Group, Inc, Steven Istock, Robert P. Atwell and Jamie R. Thompson*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| INCENTIVE CAPITAL, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CAMELOT ENTERTAINMENT GROUP, INC., ET. AL., <br><br> Defendants. | **ORDER FOR PRO HAC VICE ADMISSION OF JONATHAN M. LEVITAN** <br><br> Case No. 2:11-CV-00288 <br><br> Judge Clark Waddoups |

It appearing to the Court that Petitioner meets the pro hac vice admission requirements of DUCiv R 83-1.1(d), the motion for the admission pro hac vice of Jonathan M. Levitan in the United States District Court, District of Utah in the subject case is GRANTED.

DATED this 13th day of May, 2011.

_____
Judge Clark Waddoups
U.S. District Judge