Dennis R. James, No. 1642
Brian H. Hess, No. 10313
MORGAN, MINNOCK, RICE & JAMES, L.C.
Kearns Building, Eighth Floor
136 South Main Street
Salt Lake City, Utah   84101
Telephone No.: (801) 531-7888
Facsimile No.: (801) 531-9732
djames@mmrj.com
*Attorneys for Defendant Ted Baer*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH, CENTRAL DIVISION**

| | | |
|---|---|---|
| INCENTIVE CAPITAL, LLC, a Utah Limited Liability Company, | : : : : | **MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT FOR LACK OF JURISDICTION** |
| Plaintiff, | : : | |
| vs. | : : | |
| CAMELOT ENTERTAINMENT GROUP, INC., a Delaware Corporation; CAMELOT FILM GROUP, INC., a Nevada Corporation; CAMELOT DISTRIBUTION GROUP, INC., a Nevada Corporation; ROBERT P. ATWELL, an individual; JAMIE R. THOMPSON, an individual; STEVEN ISTOCK, an individual; TED BAER, an individual; PETER JAROWEY, an individual, | : : : : : : : : : : | Civil No.   2:11-CV-00288  Honorable Clark Waddoups |
| Defendants. | : | |

Defendant Ted Baer appears specially, by and through Dennis R. James and Brian H. Hess of Morgan, Minnock, Rice & James, L.C. and hereby motions the Court pursuant to Federal Rule 12(b)(2) to dismiss Plaintiff Incentive Capital LLC's Amended Complaint for lack of personal jurisdiction.  Under the Due Process Clause, Defendant Ted Baer lacks the required minimum

contacts with the forum state for the exercise of personal jurisdiction to be proper. Supporting authorities and the grounds for granting Defendant Ted Baer's Motion to Dismiss are more fully set forth in the accompanying Memorandum filed herewith.

DATED this 16th day of May, 2011.

MORGAN, MINNOCK, RICE & JAMES, L.C.


　　/s/ Dennis R. James
Dennis R. James
Brian H. Hess
*Counsel for Defendant Ted Baer*

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of May, 2011, I electronically filed a true and correct copy of the foregoing **MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT FOR LACK OF JURISDICTION** with the Clerk of Court using the CM/ECF system which sent notification of such filing to the following:

Joseph G. Pia
Nathan S. Dorius
PIA ANDERSON DORIUS REYNARD & MOSS, PLLC
joe.pia@padrm.com
nathan@padrm.com
*Attorneys for Plaintiff*

    /s/   Lynette Ambrose