VAN COTT, BAGLEY, CORNWALL & McCARTHY
John A. Snow (3025) jsnow@vancott.com
Karen O'Brien (11739) kobrien@vancott.com
Jonathan M. Levitan (Ca Bar No. 106798) *admitted pro hac vice*
36 South State Street, Suite 1900
Salt Lake City, Utah  84111
Telephone: (801) 532-3333
Facsimile: (801) 534-0058

*Attorneys for Defendants Camelot Entertainment*
 *Group, Inc., Camelot Film Group, Inc., Camelot Distribution*
 *Group, Inc, Steven Istock, Robert P. Atwell and Jamie R. Thompson*

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| INCENTIVE CAPITAL, LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>CAMELOT ENTERTAINMENT GROUP, INC., ET. AL.,<br><br>                    Defendants. | **ORDER GRANTING DEFENDANT'S MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**<br><br>**NO HEARING REQUESTED**<br><br>Case No. 2:11-CV-00288<br><br>Judge Clark Waddoups |

Based upon the motion of the defendants on file herein, and good cause appearing:

IT IS HEREBY ORDERED that Defendant's Motion to Extend Time to Answer or Otherwise Respond to the Complaint is hereby GRANTED.

Defendant's Answer or other Response to the Complaint shall be filed on or before June 27, 2011.

DATED this 20th day of May, 2011.

BY THE COURT:

Judge Clark Waddoups
District Court Judge

4814-3851-5721, v. 1

411666v.1

2