# UNITED STATES DISTRICT COURT
## District of Utah Central Division

FILED
U.S. DISTRICT COURT
2011 JUN -1  A 9:20
DISTRICT OF UTAH
BY: _____
DEPUTY CLERK

| | | |
|---|---|---|
| Incentive Capital, LLC, | * | |
| Plaintiff | * | ORDER FOR PRO HAC VICE ADMISSION |
| | * | |
| v. | * | |
| | * | |
| Camelot Entertainment Group, Inc., et al., | * | Case No. 11-Civ-92323 |
| Defendants | * | |
| | * | |

It appearing to the Court that Petitioner meets the pro hac vice admission requirements of DUCiv R 83-1.1(d), the motion for the admission pro hac vice of David J. Shapiro in the United States District Court, District of Utah in the subject case is GRANTED.

Dated: this  31st  day of  May , 2011.

_____
U.S. District Judge

# UNITED STATES DISTRICT COURT
## District of Utah Central Division

| | |
|---|---|
| Incentive Capital, LLC,<br>Plaintiff | ORDER FOR PRO HAC VICE ADMISSION |
| v. | |
| Camelot Entertainment Group, Inc., et al.,<br>Defendants | Case No. 11-Civ-92323 |

It appearing to the Court that Petitioner meets the pro hac vice admission requirements of DUCiv R 83-1.1(d), the motion for the admission pro hac vice of Marc E. Kasowitz in the United States District Court, District of Utah in the subject case is GRANTED.

Dated: this 31st day of May, 2011.

_____
U.S. District Judge