Joseph G. Pia (9945)
Nathan S. Dorius (8977)
PIA ANDERSON DORIUS REYNARD & MOSS
222 South Main Street, Suite 1800
Salt Lake City, Utah 84101
Telephone: (801) 350-9000
Facsimile: (801) 950-9010
E-mail: joe.pia@padrm.com
       nathan@padrm.com

*Attorneys for Plaintiff Incentive Capital, LLC*

FILED
U.S. DISTRICT COURT
2011 JUN 16 P 2: 10
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| INCENTIVE CAPITAL, LLC, a Utah Limited Liability Company,<br><br>    Plaintiff,<br><br>v.<br><br>CAMELOT ENTERTAINMENT GROUP, INC., a Delaware Corporation; CAMELOT FILM GROUP, INC., a Nevada Corporation; CAMELOT DISTRIBUTION GROUP, INC., a Nevada Corporation, ROBERT P. ATWELL, an individual; JAMIE R. THOMPSON, an individual; STEVEN ISTOCK, an individual; TED BAER, an individual; PETER JAROWEY, an individual,<br><br>    Defendants. | [PROPOSED] **ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT TED BAER'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT FOR LACK OF JURISDICTION**<br><br><br>Civil No. 2:11-cv-00288<br><br>~~Judge Paul Warner~~ |

Plaintiff Incentive Capital, LLC ("Plaintiff" or "Incentive"), by and through its counsel, has moved this Court, pursuant to DUCivR 77-2 on an *ex parte* basis, for a seven (7)-day extension of time – until June 24, 2011 – to respond to Defendant Ted Baer's *Motion to Dismiss*

1

*Plaintiff's Amended Complaint for Lack of Jurisdiction (Docket No. 43)* ("Baer's Motion to Dismiss").

IT IS HEREBY ORDERED that the date for Plaintiff to respond to Baer's Motion to Dismiss is extended from its original deadline of June 17, 2011 to **June 24, 2011**.

DATED this 15th day of June 2011.

BY THE COURT:

~~Clerk of the Court~~
Clark Waddoups
United States District Court Judge

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of June, 2011, I caused a true and correct copy of [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT TED BAER'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT FOR LACK OF JURISDICTION to be filed with the Clerk of the Court using the CM/ECF system which served the following pursuant to Rules 5(b)(2)(D) and (E) of the Federal Rules of Civil Procedure:

> Dennis R. James
> Brian H. Hess
> MORGAN, MINNOCK, RICE & JAMES, L.C.
> Kearns Building, Eighth Floor
> 136 South Main Street
> Salt Lake City, Utah 84101
> djames@mmrj.com
>
> Jonathan M. Levitan, Esq.
> LAW OFFICES OF JONATHAN MARK LEVITAN
> 12400 Wilshire Blvd., Suite 1300
> Los Angeles, CA 90025
>
> Michael O'Brien
> VANCOTT BAGLEY
> 36 S. State St., Suite 1900
> Salt Lake City, UT 84111
>
> Wayne G. Petty
> MOYLE & DRAPER, P.C.
> 175 East 400 South, No. 900
> Salt Lake City, Utah 84111

/s/ Joseph Pia