Joseph G. Pia (9945)
Nathan S. Dorius (8977)
PIA ANDERSON DORIUS REYNARD & MOSS
222 South Main Street, Suite 1800
Salt Lake City, Utah 84101
Telephone: (801) 350-9000
Facsimile: (801) 950-9010
E-mail: joe.pia@padrm.com
　　　　nathan@padrm.com

*Attorneys for Plaintiff Incentive Capital, LLC*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| INCENTIVE CAPITAL, LLC, a Utah Limited Liability Company,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CAMELOT ENTERTAINMENT GROUP, INC., a Delaware Corporation; CAMELOT FILM GROUP, INC., a Nevada Corporation; CAMELOT DISTRIBUTION GROUP, INC., a Nevada Corporation, ROBERT P. ATWELL, an individual; JAMIE R. THOMPSON, an individual; STEVEN ISTOCK, an individual; TED BAER, an individual; PETER JAROWEY, an individual,<br><br>　　　　Defendants. | [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT PETER JAROWEY'S MOTION TO QUASH SERVICE<br><br><br>Civil No. 2:11-cv-00288<br><br>Judge Paul Warner |

Plaintiff Incentive Capital, LLC ("Plaintiff" or "Incentive"), by and through its counsel, hereby move, pursuant to DUCivR 77-2, for an order extending once, for fifteen (15) days, the time within which to respond to Defendant Peter Jarowey's *Motion to Quash Service (Docket No. 47)* ("Jarowey's Motion to Quash").

1

Plaintiff Incentive Capital, LLC ("Plaintiff" or "Incentive"), by and through its counsel, has moved this Court, pursuant to DUCivR 77-2 on an *ex parte* basis, for a fifteen (15)-day extension of time – until June 24, 2011 – to respond to Defendant Peter Jarowey's *Motion to Quash Service* (*Docket No. 47*) ("Jarowey's Motion to Quash").

IT IS HEREBY ORDERED that the date for Plaintiff to respond to Jarowey's Motion to Quash is extended from its original deadline of June 9, 2011 to **June 24, 2011**.

DATED this 16th day of June 2011.

BY THE COURT:

_____
Clerk of the Court