Joseph G. Pia (9945)
Nathan S. Dorius (8977)
PIA ANDERSON DORIUS REYNARD & MOSS
222 South Main Street, Suite 1800
Salt Lake City, Utah 84101
Telephone: (801) 350-9000
Facsimile: (801) 950-9010
E-mail: joe.pia@padrm.com
nathan@padrm.com

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| INCENTIVE CAPITAL, LLC, a Utah Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>CAMELOT ENTERTAINMENT GROUP, INC., a Delaware Corporation; CAMELOT FILM GROUP, INC., a Nevada Corporation; CAMELOT DISTRIBUTION GROUP, INC., a Nevada Corporation, ROBERT P. ATWELL, an individual; JAMIE R. THOMPSON, an individual; STEVEN ISTOCK, an individual; TED BAER, an individual; PETER JAROWEY, an individual,<br><br>Defendants. | **[PROPOSED]** **ORDER**<br><br>Civil No. 2:11-cv-00288<br><br>Judge Clark Waddoups |

This matter is before the Court on Plaintiff's Motion for Extension of Time to Respond to

Defendant Ted Baer's Motion to Dismiss for Lack of Jurisdiction and (2) Defendant Peter

Jarowey's Motion to Quash Service. Having reviewed Plaintiff's motion, having considered the arguments by counsel, and otherwise being fully advised, the Court

HEREBY ORDERS, ADJUDGES AND DECREES AS FOLLOWS:

The deadline for Plaintiff to respond to Defendant Ted Baer's Motion to Dismiss for Lack of Jurisdiction and Defendant Peter Jarowey's Motion to Quash Service shall be extended five days after the Atwell Defendants file a response to Plaintiff's Complaint.

DATED this __1st__ day of ~~June~~ July, 2011.

BY THE COURT:

_____
The Honorable Clark Waddoups
United States District Court for the
District of Utah