Joseph G. Pia (9945)
Nathan S. Dorius (8977)
PIA ANDERSON DORIUS REYNARD & MOSS
222 South Main Street, Suite 1800
Salt Lake City, Utah 84101
Telephone:  (801) 350-9000
Facsimile: (801) 950-9010
E-mail:  joe.pia@padrm.com
          nathan@padrm.com

*Attorneys for Plaintiffs*

---

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| INCENTIVE CAPITAL, LLC, a Utah Limited Liability Company, <br><br> Plaintiff, <br><br> v. <br><br> CAMELOT ENTERTAINMENT GROUP, INC., a Delaware Corporation; CAMELOT FILM GROUP, INC., a Nevada Corporation; CAMELOT DISTRIBUTION GROUP, INC., a Nevada Corporation, ROBERT P. ATWELL, an individual; JAMIE R. THOMPSON, an individual; STEVEN ISTOCK, an individual; TED BAER, an individual; PETER JAROWEY, an individual, <br><br> Defendants. | **STIPULATION TO PETER JAROWEY JR.'S MOTION TO QUASH SERVICE [DOCKET ENTRY NO. 47]** <br><br> Civil No. 2:11-cv-00288-CW <br><br> Judge Clark Waddoups |

Plaintiff Incentive Capital, LLC ("Plaintiff" or "Incentive"), by and through its counsel,

respectfully files this Stipulation to Defendant Peter Jarowey Jr.'s Motion to Quash Service as

follows:

1

Since the time Defendant Jarowey Jr. filed his Motion to Quash Service, counsel for Incentive has engaged in multiple communications with Mr. Jarowey's counsel, and on information and belief, understands that it accidentally served the son of Peter Jarowey Sr. who committed the acts alleged in the Complaint.

To cure this defect, on July 21, 2011, Plaintiff reissued sommons for service on Peter Jarowey Sr. [Docket Entry No. 72].  Service on Mr. Jarowey Sr. was effectuated on July 23, 2011 and returned executed to the Court on July 29, 2011 [Docket Entry No. 78].  According to the docket, Mr. Jarowey Sr. is required to file a responsive pleading by August 22, 2011.

Consquently, Incentive stipulates to the Motion to Quash Service of Peter Jarowey Jr.

DATED this 5th day of August, 2011.

PIA ANDERSON DORIUS REYNARD & MOSS


/s/ Joseph Pia
Joseph Pia

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of August, 2011, a true and correct copy of forgoing

**STIPULATION TO PETER JAROWEY JR.'S MOTION TO QUASH SERVICE**

**[DOCKET ENTRY NO. 47]** was served by electronic mail on the following:


John A. Snow
Karen E. O'Brien
VAN COTT BAGLEY CORNALL & McCARTHY
jsnow@vancott.com
kobrien@vancott.com

Jonathan M. Levitan
jonathanlevitan@aol.com

Wayne G. Petty
MOYLE & DRAPER, P.C.
wayne@moylelawfirm.com

Marc E. Kasowitz
David J. Shapiro
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
mkasowitz@kasowitz.com
dshapiro@kasowitz.com


By: /s/ Joseph Pia