Marc E. Kasowitz
David J. Shapiro
KASOWITZ, BENSON, TORRES
 & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700

Wayne G. Petty (#2596)
MOYLE & DRAPER, P.C.
175 East 400 South, No. 900
Salt Lake City, Utah 84111
Telephone: (801) 521-0250

Attorneys for Defendant Peter Jarowey

## UNITED STATES DISTRICT COURT

## DISTICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| INCENTIVE CAPITAL, LLC, a Utah Limited Liability Company,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CAMELOT ENTERTAINMENT GROUP, INC., a Delaware Corporation; CAMELOT FILM GROUP, INC., a Nevada Corporation; CAMELOT DISTRIBUTION GROUP, INC., a Nevada Corporation; ROBERT P. ATWELL, an individual; JAMIE R. THOMPSON, an individual; STEVEN ISTOCK, an individual; TED BAER, an individual; PETER JAROWEY, an individual,<br><br>　　　　Defendants. | **AFFIDAVIT OF PETER M. JAROWEY II**<br><br>Civil No. 2:11-CV-00288<br><br>Judge Clark Waddoups |

COMMONWEALTH OF MASSACHUSETTS
MIDDLESEX COUNTY

BEFORE ME, the undersigned Notary, on this 18th day of August 2011, personally appeared Peter M. Jarowey II, who is known to me to be a credible person and of lawful age, and who, being by me first duly sworn, on his oath, deposes and says:

1. I reside at 214 Windsor Road, Waban, Massachusetts 02468.

2. I was not personally served with a copy of a summons and an amended complaint in this action on July 23, 2011, or at any other time.

3. I was not at 214 Windsor Road, Waban, Massachusetts 02468 during business hours on July 23, 2011.

4. Rather, on July 23, 2011, I traveled approximately 110 miles from my home in Waban to the funeral of my aunt, Ms. Ms. Evelyn Boron Anton, in Deerfield, Massachusetts. I left before dawn and returned well after sunset. I arrived in Deerfield at approximately 7:00 AM, and I started my journey home at approximately 7:00 PM. I attended the funeral with other family members and friends. In fact, over 100 family members and friends attended the funeral and I can, if requested, obtain statements from many of these individuals attesting to my presence at the funeral.

5. No member of my household was personally served with a copy of the Summons and the Amended Complaint on July 23, or on any other date.

Sworn to before me
This 18th day of August, 2011

_____
Notary

Hasmik Yegiazarian, Notary Public
Commonwealth of Massachusetts
My Commission Expires 3/22/2013

(Signed original of Affidavit bearing
signature of Peter M. Jarowey II is being
maintained in the office of Wayne G. Petty)

/s/ Wayne G. Petty
　　Wayne G. Petty

Attorney for Defendant Peter Jarowey

## Certificate of Service

I hereby certify that on this 22nd day of August, 2011, I caused a true and correct copy of the foregoing **AFFIDAVIT OF PETER M. JAROWEY II** as indicated upon the following:

| | |
|---|---|
| Jonathan M. Levitan, Esq.<br>LAW OFFICES OF JONATHAN MARK LEVITAN<br>12400 Wilshire Blvd., Suite 1300<br>Los Angeles, CA 90025 | ☐ Sent via U.S. Mail<br>☒ Sent via EMail<br>☐ Sent via CMECF Filing |
| Joseph G. Pia, Esq.<br>PIA ANDERSON DORIUS REYNARD & MOSS LLC<br>222 South Main Street, Suite 1800<br>Salt Lake City, UT 84101 | ☐ Sent via U.S. Mail<br>☐ Sent via EMail<br>☒ Sent via CMECF Filing |
| Michael O'Brien<br>VANCOTT BAGLEY<br>36 S. State St., Suite 1900<br>Salt Lake City, UT 84111 | ☐ Sent via U.S. Mail<br>☐ Sent via EMail<br>☒ Sent via CMECF Filing |
| Dennis R James, Esq.<br>MORGAN MINNOCK RICE & JAMES<br>136 S MAIN STE 800<br>Salt Lake City, UT 84101 | ☐ Sent via U.S. Mail<br>☐ Sent via EMail<br>☒ Sent via CMECF Filing |

/s/ David J. Shapiro

David J. Shapiro
Attorney for Defendant Peter Jarowey