IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| INCENTIVE CAPITAL LLC, a Utah Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>CAMELOT ENTERTAINMENT GROUP, INC., a Delaware Corporation, *et al.*,<br><br>Defendants. | **ORDER and**<br>**MEMORANDUM DECISION**<br><br>Case No. 2:11-cv-288 CW |

Now before the court are a motion by Plaintiff for leave to file, a day or two late, an opposition brief to a motion to dismiss (Dkt. No. 83), which is GRANTED, and Defendant Ted Baer's motion to strike the opposition because it was filed a day or two late (Dkt. No. 88), which is DENIED.

The court is chagrined that the parties could not resolve this trivial matter amongst themselves and that they felt it necessary for the court to rule on issues that simple professional courtesy and common sense should have already answered. They would be well advised to work together on such issues in the future.

SO ORDERED this 30th day of August, 2011.

BY THE COURT:

_____
Clark Waddoups
United States District Judge